AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Rakoff, Jed S. | **2. Court or Organization**<br><br>U.S. District Court, S.D.N.Y. | **3. Date of Report**<br><br>05/13/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (senior) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐  Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>12/31/2014 |
| **7. Chambers or Office Address**<br><br>1340 U.S. Courthouse<br>500 Pearl Street<br>New York, NY 10007 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor of law | Columbia University Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Adjunct Professor, Columbia Law School | $100,200.00 |
| 2. 2014 | Royalties from ALM Media, LLC | $8,375.94 |
| 3. 2014 | Royalties from Matthew Bender & Co., Inc. | $39,225.68 |
| 4. 2014 | Author income, NYRev., Inc. | $13,000.00 |
| 5. 2014 | Teaching at University of Minnesota Law School | $5,000.00 |
| 6. 2014 | Teaching at University of Toledo Law School | $3,000.00 |
| 7. 2014 | Teaching at Stanford University Law School | $5,000.00 |
| 8. 2014 | Teaching at Southern Methodist University Law School | $1,000.00 |
| 9. 2014 | Teaching at University of Southern California Law School | $2,000.00 |
| 10. 2014 | Teaching at American Psychology-Law Society | $1,000.00 |
| 11. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Fordham Law School -- salary |
| 2. | |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/13/2015 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Criminal Defense Lawyers | January 16-20 | Aspen, CO | Speaker at conference | Transportation, lodging, food |
| 2. | National Academies of Science | February 2-4 | Washington, DC | Chair conference | Transportation, lodging, food |
| 3. | Southern Methodist University | February 9-11 | Dallas, TX | Teaching | Transportation, lodging, food |
| 4. | American Psychology-Law Society | March 6-8 | New Orleans, LA | Teaching | Transportation, lodging, food |
| 5. | Yale University | March 10 | New Haven, CT | Speaker at conference | Transportation |
| 6. | University of Southern California | April 6-8 | Los Angeles, CA | Teaching | Transportation, lodging, food |
| 7. | National Academies of Science | April 23-25 | Washington, DC | Chair conference | Transportation, lodging, food |
| 8. | Stanford University | May 11-13 | Palo Alto, CA | Teaching | Transportation, lodging, food |
| 9. | Gruter Institute | May 18-22 | Squaw Valley, CA | Speaker at conference | Transportation, lodging, food |
| 10. | American Law Institute | September 18-19 | Philadelphia, PA | Attend conference | Transportation, lodging, food |
| 11. | University of Toledo | October 5-6 | Toledo, OH | Teaching | Transportation, lodging, food |
| 12. | Toronto Bar Association | October 9-10 | Toronto, Canada | Speaker at conference | Transportation, lodging, food |
| 13. | Wayne State Law School | October 23-24 | Detroit, MI | Teaching | Transportation, lodging, food |
| 14. | Harvard University | October 27 | Cambridge, MA | Teaching | Transportation |
| 15. | University of Minnesota | November 9-11 | Minneapolis, MN | Teaching | Transportation, lodging, food |
| 16. | Supreme Court of Pennsylvania | November 12-13 | Philadelphia, PA | Speaker at conference | Transporation, lodging, food |
| 17. | Harvard University | November 24 | Cambridge, MA | Teaching | Transportation |
| 18. | University of Michigan | December 11-15 | Hong Kong | Speaker at conferecne | Transportation, lodging, food |
| 19. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rakoff, Jed S.** | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Short-term loans (checking overdraft accounts) | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

✔ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jed S. Rakoff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544